IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANELLE BOWMER | : | CIVIL ACTION |
| | : | NO. 08-5869 |
| v. | : | |
| | : | |
| NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-1; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JPMORGAN CHASE BANK, N.A. (as Trustee for Novastar Mortgage Funding Trust, Series 2006-1) | : | |

## ORDER

AND NOW, this 5th day of May 2010, upon consideration of remaining defendants' motion to dismiss, plaintiff's response thereto and defendants' reply, it is hereby ORDERED that defendants' motion is DENIED.

                                                          /s/ Thomas N. O'Neill, Jr.
                                                        THOMAS N. O'NEILL, JR., J.